EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Víctor M. Agrait Defilló | 2012 TSPR 60 <br><br> 185 DPR ____ |

Número del Caso: TS-5231


Fecha: 30 de marzo de 2012


Abogada de la Parte Peticionaria:

      Lcda. Astrid Colón Ledée

Comisión de Reputación para el Ejercicio de la Abogacía

      Lcdo. Guillermo Arbona Lago
      Lcda. Jocelyn López Vilanova
      Lcda. Belén Guerrero Calderón
      Lcdo. Héctor Saldaña Egozcue
      Dr. Robert Stolberg


Procurador Especial de la Comisión de Reputación

      Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

      Lcda. Zaira Girón Anadón
      Subprocuradora General

      Lcda. Edna E. Rodríguez Benítez
      Procuradora General Auxiliar


Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

TS-5231

In re: Víctor M. Agrait Defilló

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de marzo de 2012.

Visto el Informe del Procurador General de Puerto Rico y el Informe de la Comisión de Reputación, se autoriza la reinstalación del Lcdo. Víctor M. Agrait Defilló al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo